THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. PHILLIPS, Appellant, v. ANDREW D. MORGAN et al., Composing the STATE HOSPITAL COMMISSION, Respondents.

*People ex rel. Phillips* v. *Morgan,* 173 App. Div. 988, affirmed.
(Argued June 8, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 9, 1916, which confirmed, on certiorari, a determination of the state hospital commission removing the relator, an honorably discharged veteran of the Spanish war, from the position of inspector of supplies. Respondents alleged in their return that relator was fairly tried and duly found, after a hearing, to be incompetent, unfit and lacking in the necessary qualifications for the position of inspector of supplies, and he, for that reason, was dismissed.

*Eugene N. L. Young* and *William McArthur* for appellant.

*Merton E. Lewis,* Attorney-General (*Wilber W. Chambers,* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ. Not sitting: CRANE, J.